UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EXTREME RC, by RSI, LLC,

       Plaintiff,

                                    CASE NO. 14-CV-11118
v.                              HONORABLE GEORGE CARAM STEEH

FEDEX CORPORATION, et al.,

       Defendants.
_____/

## ORDER OF DISMISSAL

On April 1, 2014, this court entered an order allowing plaintiff's counsel to withdraw and allowing plaintiff 45-days to retain new counsel else the case be dismissed without prejudice. Plaintiff has not retained new counsel and the time period for doing so has expired. Accordingly, this matter hereby is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: May 27, 2015

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
May 27, 2015, by electronic and/or ordinary mail and also on
Extreme RC by RSI, LLC, 930 E. Lewiston,
Ferndale, MI 48220

s/Barbara Radke
Deputy Clerk